**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01448-REB

THARRON DENNIS BROWN,

    Applicant,

v.

TERESA K. COZZA-RHODES, Warden, FCI-Florence,

    Respondent.

---

### MINUTE ORDER[1]

---

    In his letter/motion [#22] filed August 20, 2012, the applicant seeks to reinstate his application under 28 U.S.C. § 2241. The letter/motion is **DENIED** as moot. The applicant indicates that he previously filed a letter asking that his § 2241 application be withdrawn. However, the court has no record of a letter or motion filed by the applicant seeking to withdraw his § 2241 application. The applicant's § 2241 application remains pending before the court.

    Dated: August 21, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.