# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01448-REB

THARRON DENNIS BROWN,

    Applicant,

v.

TERESA K. COZZA-RHODES, Warden, FCI-Florence,

    Respondent.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order on Application for Writ of Habeas Corpus** [#33] entered by Judge Robert E. Blackburn on April 17, 2013, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#1] filed June 4, 2012, by Applicant Tharron Dennis Brown is **DENIED**; and

    2. That this case is **DISMISSED**.

    DATED at Denver, Colorado, this 19th day of April, 2013.

                             FOR THE COURT:

                             JEFFREY P. COLWELL, CLERK

                             By: s/Edward P. Butler
                                  Edward P. Butler
                                  Deputy Clerk